Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LOWRY v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Mary Lowry against the Interurban Street Railway Company. No opinion. Motion denied.

LOWRY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1906.) Action by Mary Lowry, as administratrix, etc., against the Interurban Street Railway Company. No opinion. Motion denied, upon payment of $10 costs, with leave to defendant to apply to the court below to open default. Order filed.

LYMAN, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William J. Lyman against Abraham Goodman. No opinion. Judgment of the Municipal Court affirmed, with costs.

McALLISTER, Respondent, v. KNIGHTS OF COLUMBUS, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Mary McAllister against the Knights of Columbus. No opinion. Judgment affirmed, with costs.

McAVOY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Thomas F. McAvoy against the Press Publishing Company. J. M. Bowers, for appellant. J. V. McAvoy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

(111 App. Div. 911)

McCALL, Appellant, v. SUPREME COUNCIL A. L., Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Elizabeth McCall against the Supreme Council American Legion of Honor. No opinion. Judgment reversed, and new trial granted, with costs to appellant to abide event, upon the authority of Butler v. Supreme Council American Legion of Honor, 105 App. Div. 164, 93 N. Y. Supp. 1012.

McCANN, Appellant, v. McADOO et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by John P. McCann against William McAdoo and others. No opinion. Order affirmed, with $10 costs and disbursements.

(110 App. Div. 920)

McCONNELL, Appellant, v. MORSE IRON WORKS & DRY DOCK CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Sarah McConnell, as administratrix, etc., of Matthew McConnell, deceased, against the Morse Iron Works & Dry Dock Company.

PER CURIAM. The discussion on the reargument has not convinced us that this case is controlled by Schapp v. Bloomer, 181 N. Y. 125, 73 N. E. 563. We therefore adhere to our former decision, reported in 102 App. Div. 324, 92 N. Y. Supp. 477. Judgment and order reversed, and new trial granted, costs to abide the event.

MacCORMAC, Appellant, v. ENTERPRISE PRINTING CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Paul MacCormac against the Enterprise Printing Company. V. L. Kraus, for appellant. J. F. Ringwood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McCREADY, Respondent, v. CALEDONIAN OIL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Robert H. McCready against the Caledonian Oil Company. No opinion. Judgment affirmed, with costs.

McDERMOTT, Respondent, v. CITY of NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by James McDermott against the city of New York. T. Connoly, for appellant. M. E. Kelley, for respondent.

PER CURIAM. Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest, costs, and allowance, to the sum of $6,719.37, in which event the judgment, as so modified, is affirmed, without costs.

MacDONALD v. SCHMIDT. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by John J. MacDonald against Henry Schmidt. No opinion. Motion denied, with $10 costs.

In re McDONOGH. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) In the matter of the application of James S. McDonogh for admission to the bar. No opinion. Application granted.

McGINNIS, Appellant, v. GROSS, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Silas J. McGinnis against Thomas Gross. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

McGOVERN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Bernard McGovern against the Manhattan Railway Company. No opinion. Motion to dismiss appeal from judgment granted, with $10 costs.

McGOVERN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Bernard McGovern against the Manhattan Railway Company. A. G. Fox, for appellant. A. Van Wyck, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.